IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Andrea Lockwood,<br><br>    Plaintiff,<br>  v.<br><br>Juan Otero, et al.,<br><br>    Defendants. | NO. C 00-20368 JW<br><br>**ORDER STRIKING PLAINTIFF'S PROPOSED COMPLAINT FROM THE DOCKET** |

Presently before the Court is a document filed by Plaintiff, proceeding in *pro se*, entitled, "Proposed Complaint." (See Docket Item No. 58.) Plaintiff originally filed this case on April 4, 2000. (See Docket Item No. 1.) On November 20, 2000, Plaintiff filed a First Amended Complaint. (See Docket Item No. 8.) On March 20, 2001, the Court granted various motions to dismiss each of Plaintiff's claims. (See Docket Item No. 50.) In dismissing Plaintiff's First Amended Complaint, the Court granted partial leave to amend, limiting her future pleadings to her Americans with Disabilities Act claim. (Id.)

Plaintiff filed two separate appeals of the Court's dismissal Order. (See Docket Item Nos. 52, 54.) The Ninth Circuit dismissed both of Plaintiff's appeals on May 22 and June 13, 2001, respectively, on the ground that it lacked jurisdiction because the orders challenged by Plaintiff were not final or appealable. (See Docket Item Nos. 55, 56.) Following her appeals, Plaintiff took no

action until filing her Proposed Complaint on July 2, 2008. The Court construes Plaintiff's Proposed Complaint as an attempt to amend her 2000 Complaint pursuant to the Court's dismissal Order.[1]

When the Court dismissed Plaintiff's Complaint, the Court specifically allowed Plaintiff the opportunity to file an amended pleading to correct the deficiencies of pleading identified by the Court. Plaintiff failed to do so. Instead, Plaintiff elected to file her appeals. Although the Court did not specify a deadline for Plaintiff to file her amended complaint, the Court now finds that an eight year delay is untimely. Further, the Court finds that allowing Plaintiff to proceed on an amended complaint after such significant delay would substantially prejudice Defendants. If Plaintiff wishes to pursue any valid claims she may have, she must file a new law suit and properly serve Defendants.

Accordingly, the Court ORDERS Plaintiff's Proposed Complaint stricken from the docket.

Dated: January 16, 2009

JAMES WARE
United States District Judge

---

[1] It does not appear that Plaintiff has served the Proposed Complaint on any Defendants.

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

George Paul Parisotto gparisotto@dir.ca.gov
Maureen A. Folan mfolan@ndkylaw.com

Andrea B. Lockwood
110 Santa Ana Road
Hollister, CA 95023

**Dated: January 16, 2009**                     **Richard W. Wieking, Clerk**

                                                                                  **By:    /s/ JW Chambers**
                                                                                      **Elizabeth Garcia**
                                                                                      **Courtroom Deputy**

**United States District Court**
For the Northern District of California